IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO.  3:10cr66TSL-LRA

CHARLES H. EVANS, JR.   DEFENDANT

## AGREED ORDER OF CONTINUANCE

THIS CAUSE is before the Court on the motion of the defendant for a continuance of the trial date in the above action on the grounds that counsel for the defendant has good faith reason to believe this case will be resolved prior to the Court's next criminal docket.  Upon consideration of the motion, the Court, being fully advised that the government does not oppose the requested continuance, finds that said motion is well taken.  It is, accordingly,

ORDERED AND ADJUDGED that the defendant's request for a continuance of the trial date be and is hereby granted and that said trial date be continued to the criminal term of this Court beginning on March 7, 2011, at the United States Courthouse, Jackson, Mississippi;

FURTHER ORDERED AND ADJUDGED that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), all time from the date of this Order until the continued date for the trial of this case be excluded in the interest of justice from the time within which trial must commence, Defendant having so waived his right to a speedy trial and the Court having found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the Defendant in a speedy trial.

SO ORDERED this the 23rd day of November, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Agreed to and submitted by:


/s/ John M. Colette
John M. Colette, Esq.
Counsel for Defendant


   /s D. Michael Hurst, Jr.
D. Michael Hurst, Jr., Esq.
Assistant United States Attorney